UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY ZIMMERMAN, et al.,

       Plaintiffs,                            Case No. 1:17-cv-01062-JTN-ESC

v.                                                  Hon. Janet T. Neff

THE 3M COMPANY, et al.,

       Defendants.

**BRIEF IN SUPPORT OF UNOPPOSED JOINT MOTION OF THE 3M COMPANY, WASTE MANAGEMENT, INC. AND WASTE MANAGEMENT OF MICHIGAN, INC. TO MODIFY APRIL 12, 2018 ORDER**

For their Brief in support of their Unopposed Motion to Modify the Court's April 12, 2018 Order ("Motion"), Defendants The 3M Company, Waste Management, Inc. and Waste Management of Michigan, Inc. rely upon their Motion.

WHEREFORE, for the reasons set forth in their Motion, Movants request that this Court modify the Order as requested in the Motion.

DATED: April 25, 2018                        Respectfully submitted,

                                                           Attorneys for The 3M Company

                                                   By: */s/ Michael A. Olsen (w/consent)*
                                                               Michael A. Olsen
                                                               Richard Bulger
                                                               Chad M. Clamage
                                                               MAYER BROWN LLP
                                                               Hyatt Center, 42nd Floor
                                                               71 South Wacker Drive
                                                               Chicago, IL  60606
                                                               (312) 782-0600
                                                               rbulger@mayerbrown.com
                                                               cclamage@mayerbrown.com

1

Robert L. DeJong (P12639)
Stanley J. Stek (P29332)
MILLER CANFIELD PADDOCK
& STONE PLC
1200 Campau Square Plaza
99 Monroe Avenue, N.W.
Grand Rapids, MI  49503
(616) 776-6308 and (616) 776-6324
Dejong@millercanfield.com
Stek@millercanfield.com

Attorneys for Defendants Waste Management, Inc. and Waste Management of Michigan, Inc.


By: */s/ John A. Ferroli*
    John A. Ferroli (P35869)
    Jill M. Wheaton (P49921)
    Mark J. Magyar (P75090)
    DYKEMA GOSSETT PLLC
    300 Ottawa Avenue, N.W., Suite 700
    Grand Rapids, MI  49503-2306
    (616) 776-7500
    jferroli@dykema.com
    jwheaton@dykema.com
    mmagyar@dykema.com

4814-0904-0226.2
115995\000001