UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY ZIMMERMAN, SAMUEL AND
SHANNON COLBY, RAYMOND AND
ROSALIE ESPINOZA, KEVIN RIGGLE,
DEBORA HILTON and ROCHELLE
RADLINSKI, On Behalf of Themselves and
All Others Similarly Situated,

        Plaintiffs,

v.

THE 3M COMPANY (f/k/a MINNESOTA
MINING AND MANUFACTURING Co.) a
Delaware Corporation, WOLVERINE
WORLD WIDE, INC., a Delaware
Corporation, WASTE MANAGEMENT, INC.,
a Delaware Corporation; and WASTE
MANAGEMENT OF MICHIGAN, INC., a
Michigan Corporation,

        Defendants.
_____/

Case No. 1:17-cv-01062

HON. JANET T. NEFF

## DEFENDANT WOLVERINE'S MOTION ON JURISDICTION UNDER CAFA, 28 U.S.C. § 1332(d)

Defendant Wolverine World Wide, Inc., moves under 28 U.S.C. § 1332(d)(4)(A) for the Court to decline jurisdiction and dismiss this case. This motion is supported by the accompanying brief.

Wolverine has ascertained that this motion will be opposed.

Dated: May 10, 2018

/s/ *James Moskal*
James Moskal (P41885)
Janet Ramsey (P63285)
Madelaine C. Lane (P71294)
R. Michael Azzi (P74508)
WARNER NORCROSS & JUDD LLP
111 Lyon, NW, Ste. 900
Grand Rapids, MI 49503
(616) 752-2000
jmoskal@wnj.com
jramsey@wnj.com
mlane@wnj.com
mazzi@wnj.com
*Attorneys for Defendant Wolverine World Wide, Inc.*

17139385-1