# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BEVERLY ZIMMERMAN, et al., *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>THE 3M COMPANY f/k/a Minnesota Mining and Manufacturing Co., et al.,<br><br>Defendants. | Case No. 1:17-cv-1062<br><br>HON. JANET T. NEFF |
| MEGAN JOHNS, et al., *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>WOLVERINE WORLD WIDE, INC., et al.,<br><br>Defendants. | Case No. 1:18-cv-1302<br><br>HON. JANET T. NEFF |
| SUSAN HENRY, *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>WOLVERINE WORLD WIDE, INC., et al.,<br><br>Defendants. | Case No. 1:19-cv-0379<br><br>HON. JANET T. NEFF |

**RENEWED STIPUALTION AND ORDER TO EXTEND THE DEADLINES INCLUDED IN THE COURT'S MARCH 16, 2020 ORDER**

The Parties, by and through their respective counsel, hereby stipulate and agree that the time for the Parties to file the submissions detailed in the Court's March 16, 2020 Order be extended by 30 days from March 26, 2020 to April 27, 2020. ECF 181. The Parties also agree that the deadline for filing the Supplement to the Joint Notice be extended from March 31, 2020 to April 30, 2020, and that the deadline for Defendants to answer or otherwise respond to the forthcoming amended consolidated class action complaint be correspondingly extended pending the filing of the Supplement to the Joint Notice and further order of the Court. *See id.* at 3.

The Parties believe there is good cause for this short extension given the disruption in normal business activity due to the Coronavirus, which has hindered the ability of Plaintiffs' counsel to coordinate and then to coordinate with Defendants' counsel and respond to the Court's current deadline. The State of Michigan Executive Order (EO 2020-21), which directs all Michigan businesses and operations to temporarily suspend in-person operations that are not necessary to sustain or protect life, has disrupted the efforts to comply with the schedule set forth in the March 16, 2020 Order. These disruptions and circumstances continue to evolve daily. This short extension is requested in good faith to enable the Parties to respond to the Court's order.

**IT IS SO ORDERED**.


Dated: _____          _____
                                       JANET T. NEFF
                                       United States District Judge

Dated: March 26, 2020

**THE MILLER LAW FIRM, P.C.**

*/s/ Sharon S. Almonrode*
Sharon S. Almonrode (P33938)
Kevin F. O'Shea (P40586)
Lauren G. Northrop (P69035)
William Kalas (P82113)
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
ssa@millerlawpc.com
kfo@millerlawpc.com
lgn@millerlawpc.com
wk@millerlawpc.com

**WEITZ & LUXENBERG, P.C.**
Paul F. Novak (P39524)
Diana Gjonaj (P74637)
719 Griswold, Suite 620
Detroit, MI 48226
Telephone: (313) 800-4170
pnovak@weitzlux.com
dgjonaj@weitzlux.com

**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY 10003
Telephone: (212) 558-5642
rgreenwald@weitzlux.com

**ROBBINS, GELLER, RUDMAN & DOWD LLP**
Mark J. Dearman
Jason H. Alperstein
Dorothy P. Antullis
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
mdearman@rgrdlaw.com
jalperstein@rgrdlaw.com
dantullis@rgrdlaw.com

Stipulated and Agreed to By:

**MAYER BROWN LLP**

*/s/ Daniel L. Ring (w/consent)*
Michael A. Olsen
Daniel L. Ring
Richard Bulger
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
molsen@mayerbrown.com
dring@mayerbrown.com
rbulger@mayerbrown.com

**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
Joseph M. Infante (P68719)
Robert L. DeJong (P12639)
99 Monroe Avenue NW, Suite 1200
Grand Rapids, MI 49503
Telephone: (616) 454-8656
infante@millercanfield.com

*Attorneys for Defendant 3M Company*

**ARNOLD & PORTER KAYE SCHOLER LLP**
James D. Herschlein
250 West 55th Street
New York, New York
Telephone: (212) 836-8000
james.herschlein@arnoldporter.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

*/s/ Stephanie B. Weirick (w/consent)*
Stephanie B. Weirick
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000
stephanie.weirick@arnoldporter.com

**WARNER NORCROSS + JUDD LLP**
James Moskal

3

*Attorneys for Zimmerman Plaintiffs and Putative Class*

**MOTLEY RICE, LLC**
Esther Berezofsky (P00148)
Sarah Hansel (P00152)
210 Lake Drive East, Ste. 101
Cherry Hill, NJ 08002
Telephone: (856) 667-0500
eberezofsky@motleyrice.com
shansel@motleyrice.com

**MOTLEY RICE, LLC**
Anne McGinness Kearse
T. David Hoyle
Fidelma L. Fitzpatrick
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9140
akearse@motleyrice.com
dhoyle@motleyrice.com
ffitzpatrick@motleyrice.com

**WEXLER WALLACE, LLP**
Edward A. Wallace
Kara A. Elgersma
55 W. Monroe St., Ste. 3300
Chicago, IL 60603
Telephone: (312) 346-2222
eaw@wexlerwallace.com
kae@wexlerwallace.com

**PITT, MCGEHEE, PALMER & RIVERS, PC**
Robert Palmer (P31704)
Megan A. Bonanni (P52079)
Jennifer Lord (P46912)
117 West 4th Street, Ste. 200
Royal Oak, MI 48067
Telephone: (248) 398-9800
rpalmer@pittlawpc.com
mbonnanni@pittlawpc.com
jlord@pittlawpc.com

**SOMMERS SCHWARTZ, P.C.**
Jason J. Thompson (P47184)

Kevin G. Dougherty
Janet Ramsey
Madelaine C. Lane
Thomas M. Amon
R. Michael Azzi
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503
Telephone: (616) 752-2000
jmoskal@wnj.com
kdougherty@wnj.com
jramsey@wnj.com
mlane@wnj.com
tamon@wnj.com
mazzi@wnj.com

*Attorneys for Defendant Wolverine World Wide, Inc*

4

One Towne Square, 17th Floor
Southfield, MI 48076
Telephone: (248) 355-0300
jthompson@sommerspc.com

*Attorneys for Johns Plaintiffs and Putative Class*

**NAPOLI SHKOLNIK**
Tate Kunkle
360 Lexington Avenue, Eleventh Floor
New York, NY 10017
Telephone: (212) 397-1000
tkunkle@napolilaw.com

*Attorneys for Henry Plaintiffs and Putative*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2020 I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ *Sharon S. Almonrode*_____
Sharon S. Almonrode (P33938)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
ssa@millerlawpc.com