UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY ZIMMERMAN, et al., *on behalf of themselves and all others similarly situated*,

    Plaintiffs,

v.

THE 3M COMPANY f/k/a Minnesota Mining and Manufacturing Co., et al.,

    Defendants.

_____/

Case No. 1:17-cv-1062

Honorable Hala Y. Jarbou

## **ORDER OF REFERRAL TO VOLUNTARY FACILITATIVE MEDIATION**

This case was previously ordered for standard track case evaluation in the case management order (ECF No. 207). That was done in error. The case evaluation is therefore amended to refer this case to voluntary facilitative mediation. In the interest of facilitating prompt resolution of this case, and the parties having voluntarily selected facilitative mediation, this matter shall be submitted to facilitative mediation.  The parties have fourteen (14) days from the date of this Order to jointly choose one mediator from the list of court certified mediators.[1]  Plaintiff is responsible for e-filing notification of the name of the selected mediator.  If the parties are unable to jointly select a mediator, they must notify the ADR Administrator[2], who will select a mediator for them.  Once the mediator is selected, a Notice will issue regarding the method and schedule for the mediation conference.  Deadline to complete ADR remains July 30, 2021.

Dated:  January 14, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE

---

[1] Www.miwd.uscourts.gov

[2] ADR Administrator, U.S. District Court, 399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503; 616/456-2381; adr@miwd.uscourts.gov