**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| BEVERLY ZIMMERMAN, et al., on behalf of themselves and all others similarly situated, | Case No. 1:17-cv-1062 |
| Plaintiffs, | Hon. Hala Y, Jarbou |
| v | |
| THE 3M COMPANY f/k/a Minnesota Mining and Manufacturing Co., et al., | |
| Defendants. | |

## JOINT MOTION TO APPOINT FACILITATIVE MEDIATOR

The parties, through their counsel, have jointly met and conferred and file this joint motion as follows:

1. On January 14, 2021, this Court entered an Order of Referral to Voluntary Facilitative Mediation. ECF No. 212.

2. The parties conferred regarding this order and bring this joint motion to appoint the Honorable Gerald Rosen as mediator for the reasons set forth herein.

3. In April 2020, the Honorable Gerald Rosen was engaged to mediate this case and also cases pending against these same defendants in the Kent County State Court arising from the same events alleged in this case.

4. In conjunction with that mediation, Judge Rosen invested significant time in the matter, reviewing hundreds of pages of materials, engaging in extensive discussions with the parties and familiarizing himself with the complex issues involved in the issues in both the Kent County State Court cases and the *Zimmerman* v *Wolverine* case before this Court.

1

5. The parties also conferred regarding the list of court certified mediators and preliminary review of the mediators on the Court's list indicates that many of them would be conflicted out, and the parties suspect more rigorous conflict checks would reveal additional conflicts. Additionally, many appear not to have relevant prior litigation or mediation experience with this type of action.

6. The parties would benefit from the economies and efficiencies of Judge Rosen's continuation as the mediator for this matter.

7. The parties believe that it is in the best interest of the case that Judge Rosen be appointed as mediator.

For the reasons stated herein, the parties respectfully request that this Honorable Court appoint Judge Rosen as the mediator in this matter.

Dated:  February 2, 2021

Respectfully submitted,

/s/ *Sharon S. Almonrode*
Sharon S. Almonrode (P33938)
THE MILLLER LAW FIRM
950 W. University Dr., Ste. 300
Rochester, MI 48306
Tel: (248) 841-2200
ssa@millerlawpc.com


/s/ *Esther Berezofsky*
Esther Berezofsky (P00148)
MOTLEY RICE LLC
210 Lake Drive East, Ste. 101
Cherry Hill, NJ 08002
Tel: (856) 667-0500
eberezofsky@motleyrice.com

*Co-Lead Interim Class Counsel*

/s/ *Daniel L. Ring (w/consent)*
Michael A. Olsen
Daniel L. Ring
Richard Bulger
Peter B. Baumhart
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

Joseph M. Infante (P68719)
Robert L. DeJong (P12639)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
99 Monroe Avenue NW, Suite 1200
Grand Rapids, MI 49503
Tel: (616) 454-8656
*Counsel for Defendant 3M Company*

/s/ *Stephanie Weirick (w/consent)*
Stephanie Weirick
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 942-5169

ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8655

James Moskal
Kevin G. Dougherty
Janet Ramsey
Madelaine C. Laine
Thomas M. Amon
R. Michael Azzi
WARNER NORCROSS + JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503
Tel: (616) 752-2000
*Attorneys for Defendant Wolverine World Wide, Inc*

3

## **CERTIFICATE OF SERVICE**

I certify that on February 2, 2021, I electronically filed the forgoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Sharon S. Almonrode*
                                        Sharon S. Almonrode (P33938)
                                        THE MILLER LAW FIRM
                                        950 W. University Dr., Ste. 300
                                        Tel: (248) 841-2200
                                        ssa@millerlawpc.com