**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BEVERLY ZIMMERMAN, et al., *on behalf of themselves and all others similarly situated*,

    Plaintiffs,

v.

THE 3M COMPANY f/k/a Minnesota Mining and Manufacturing Co., et al.,

    Defendants.

Case No. 1:17-cv-1062

Hon. Hala Y. Jarbou

**STIPULATED ORDER PERMITTING PLAINTIFFS TO FILE AN OMNIBUS RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS AND PERMITTING <u>DEFENDANTS TO FILE AN OMNIBUS REPLY</u>**

WHEREAS, on January 11, 2021 Defendants The 3M Company ("3M") and Wolverine World Wide, Inc. ("Wolverine") each filed motions to dismiss Plaintiffs' claims and/or strike certain items of relief requested in Plaintiffs' Second Amended Complaint (collectively, "Motions to Dismiss.") (ECF Nos. 208, 210).

1. Plaintiffs' responses to Defendants' Motions to Dismiss are currently due on or before February 8, 2021.

2. Plaintiffs believe that the filing of a single omnibus response brief to the Motions to Dismiss would facilitate a more efficient use of resources for both the parties and the Court.

3. The Parties' counsel have met and conferred about the foregoing, and stipulate and agree to the following, subject to the approval of the Court:

    a. That Plaintiffs shall file a single omnibus response brief to the Motions to Dismiss.

    b. That Plaintiffs' response shall not exceed twenty-one thousand six hundred

    (21,600) words and shall comply with all other requirements set out in Local Civil Rule ("L.R.") 7.2(b)(i).

  c. That 3M and Wolverine may each file a reply to Plaintiffs' omnibus response consistent with, and as permitted by, L.R. 7.2(c).

  d. That 3M and Wolverine may alternatively elect to file an omnibus reply to Plaintiffs' omnibus response that shall not exceed eight thousand six hundred (8,600) words, and that any such omnibus reply shall comply with all other requirements set out in L.R. 7.2(c).

NOW, THEREFORE, the Parties by their respective undersigned counsel stipulate to, and respectfully request the Court enter an Order consistent with the foregoing.

**IT IS SO ORDERED.**

Dated: February 4, 2021

                                 /s/ Hala Y. Jarbou
                                 HALA Y. JARBOU
                                 UNITED STATES DISTRICT JUDGE

\*    \*    \*    \*    \*

SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 3 day of February, 2021.

| /s/ Sharon S. Almonrode | /s/ Daniel L. Ring (with consent) |
|---|---|
| Sharon S. Almonrode | Joseph M. Callaghan |
| THE MILLER LAW FIRM | Michael A. Olsen |
| 950 W. University Dr., Ste. 300 | Daniel L. Ring |
| Rochester, MI 48306 | Richard Bulger |
| Tel: (248) 841-2200 | Peter B. Baumhart |
| ssa@millerlawp.com | MAYER BROWN LLP |
|  | 71 South Wacker Drive |
| Esther Berzofsky | Chicago, IL 60606 |
| Motely Rice LLC | (312) 782-0600 |

210 Lake Drive East, Ste. 101  
Cherriy Hill, NJ 08002  
Tel: (856) 667-0500  

*Co-Lead Putative Class Counsel*

Joseph M. Infante  
Robert L. DeJong  
MILLER CANFIELD PADDOCK & STONE PLC  
99 Monroe Ave., NW, Suite 1200  
Grand Rapids, MI 49503  
Tel: (616) 454-8656  
dejong@millercanfield.com  
stek@millercanfield.com  

*Counsel for Defendant 3M Company*

/s/ *Stephanie B. Weirick (with consent)*  
R. Michael Azzi  
Thomas M. Amon  
WARNER NORCROSS + JUDD LLP  
1500 Warner Building,  
150 Ottawa Avenue N.W.  
Grand Rapids, MI 49503  
Tel: (616) 752-2000  

Stephanie B. Weirick  
Michael D. Daneker  
ARNOLD & PORTER KAYE SCHOLER LLP  
601 Massachusetts Ave., NW  
Washington, DC 20001  
Tel: (202) 942-5169  

*Counsel for Defendant Wolverine World Wide, Inc.*