# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BEVERLY ZIMMERMAN, et al., *on behalf of themselves and all others similarly situated*,

    Plaintiffs,

v.

THE 3M COMPANY f/k/a Minnesota Mining and Manufacturing Co., et al.,

    Defendants.

Case No. 1:17-cv-1062

Hon. Hala Y. Jarbou

## **MOTION TO MODIFY THE DECEMBER 22, 2020 SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Defendant Wolverine World Wide, Inc. ("Wolverine"), respectfully requests that the Court modify the Scheduling Order (ECF No. 207) by extending all remaining scheduled deadlines by at least ninety (90) days. Wolverine's Motion is supported by the accompanying Memorandum in Support.

Respectfully submitted,

Dated: May 25, 2021

*/s/ Michael D. Daneker*

Michael D. Daneker
Stephanie Weirick
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000

Thomas M. Amon
R. Michael Azzi
WARNER NORCROSS + JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503

*Attorneys for Defendant Wolverine World Wide, Inc.*

## CERTIFICATE OF SERVICE

I certify that on May 25, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

>/s/ Michael D. Daneker
ARNOLD & PORTER KAYE
SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
Michael.Daneker@arnoldporter.com