**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

BEVERLY ZIMMERMAN, et al., on behalf of
themselves and all others similarly situated,

     Plaintiffs,

v

THE 3M COMPANY f/k/a Minnesota Mining and
Manufacturing Co., et al.,

     Defendants.

_____/

Case No. 1:17-cv-1062

Hon. Hala Y. Jarbou
Mag. Judge Sally J. Berens

### DEFENDANT WOLVERINE WORLD WIDE, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING NON-ECONOMIC DAMAGES FOR NUISANCE

### ORAL ARGUMENT REQUESTED

Defendant Wolverine World Wide, Inc. respectfully moves this Court to grant summary judgment under Fed. R. Civ. P. 56 in Wolverine's favor on all of Plaintiffs' claims for non-economic damages under a theory of nuisance.  Unlike their negligence claim, Plaintiffs have brought their nuisance claim only against Wolverine.  This motion is supported by the accompanying brief.

Wolverine has ascertained that this motion will be opposed.


Dated: November 18, 2021

/s/ Thomas M. Amon
Stephanie Weirick
Michael D. Daneker
ARNOLD & PORTER KAYE
SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5169

Thomas M. Amon
R. Michael Azzi
WARNER NORCROSS + JUDD LLP
150 Ottawa Ave, NW, Suite 1500
Grand Rapids, MI 49503
Attorneys for Defendant Wolverine World Wide, Inc.

22653185