# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| BEVERLY ZIMMERMAN, et al., on behalf of themselves and all others similarly situated, | Case No. 1:17-cv-1062 |
| Plaintiffs, | Hon. Hala Y. Jarbou |
| v. | |
| THE 3M COMPANY f/k/a Minnesota Mining and Manufacturing Co., and WOLVERINE WORLD WIDE, INC., | |
| Defendants. | |

## CLASS PLAINTIFFS' NOTICE OF FILING OF SUPPLEMENTAL DECLARATION OF THE SETTLEMENT ADMINISTRATOR RE: CLAIMS

Class Plaintiffs, by and through their undersigned counsel, hereby file the Supplemental Declaration of the Settlement Administrator Re: Claims, attached hereto as **Exhibit 1.**

Class Counsel and Defense counsel conferred on March 28, 2023 and Defendants have no objection to the filing of this Supplemental Declaration.

Dated: March 28, 2023                    Respectfully submitted,

*/s/ Sharon S. Almonrode*
Sharon S. Almonrode (P33938)             Esther Berezofsky (P00148)
E. Powell Miller (P39487)                Sarah Hansel (P00152)
Emily E. Hughes (P68724)                 MOTLEY RICE, LLC

THE MILLER LAW FIRM, P.C.
950 West University Dr, Ste 300
Rochester, MI 48307
Telephone: (248) 841-2200
ssa@millerlawpc.com
epm@millerlawpc.com
eeh@millerlawpc.com

*Co-Lead Counsel*

210 Lake Drive East, Ste. 101
Cherry Hill, NJ 08002
Telephone: (856) 667-0500
eberezofsky@motleyrice.com
shansel@motleyrice.com

Anne McGinness Kearse
T. David Hoyle
Fidelma L. Fitzpatrick
MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9140

*Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

I hereby certify that I also served a copy via UPS Next Day Air upon:

William J. Mitchell
2280 Algona Woods Drive
Rockford, MI  40341

/s/ Sharon S. Almonrode
Sharon S. Almonrode (P33938)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
ssa@millerlawpc.com